| | |
|---|---|
| 1 | HOLLAND & KNIGHT LLP |
| 2 |   RICHARD E. LYON, JR. (SBN #46928)<br>  richard.lyon@hklaw.com |
| 3 |   THERESA W. MIDDLEBROOK (SBN #89709)<br>  theresa.middlebrook@hklaw.com |
| 4 |   STACEY H. WANG (SBN #245195)<br>  stacey.wang@hklaw.com |
| 5 | 633 West Fifth Street, 21st Floor<br>Los Angeles, California 90071-2040 |
| 6 | Telephone (213) 896-2400<br>Facsimile (213) 896-2450 |
| 7 | HOLLAND & KNIGHT LLP |
| 8 |   SCOTT W. PETERSEN (*pro hac vice*)<br>  scott.petersen@hklaw.com |
| 9 | 131 South Dearborn Street, 30th Floor<br>Chicago, IL 60603 |
| 10 | Telephone (312) 263-3600<br>Facsimile (312)-578-6666 |
| 11 | Attorneys for Defendants and |
| 12 | Counterclaimants QVC, Inc.,<br>Meyer Trading Company Limited, |
| 13 | Paula Deen, Paula Deen Enterprises, LLC,<br>Paula Deen Retail, Inc. and Paula Deen Online, Inc. |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| L. TREMAIN, INC., a California Corporation,<br><br>           Plaintiff,<br><br>  vs.<br><br>PAULA DEEN, an individual; PAULA DEEN ENTERPRISES, LLC, a Georgia Limited Liability Company; PAULA DEEN RETAIL, INC., a Georgia Corporation; PAULA DEEN ONLINE, INC., a Georgia Corporation; MEYER TRADING COMPANY, LTD., a Hong Kong Limited Company; QVC, INC., a Delaware Corporation; and DOES 1-10 Inclusive,<br><br>           Defendants.<br><br>AND RELATED COUNTERCLAIMS. | CIVIL CASE NO. SACV 10-00322 AG (RNBx)<br><br>**JOINT STIPULATION TO DISMISS ACTION WITH PREJUDICE**<br><br>[FED. R. CIV. P. 41(a)(1)(A)(ii)] |

1

1 | Having reached a complete settlement and compromise of the above-entitled
2 | action,
3 | IT IS HEREBY STIPULATED by and between the parties to the above-
4 | entitled action, on the First Amended Complaint and all counterclaims on file in
5 | this action, acting through their designated counsel, that the above-entitled action,
6 | including all claims therein, be and hereby are dismissed with prejudice pursuant to
7 | *Federal Rule of Civil Procedure* 41(a)(1)(A)(ii), with each side to bear their own
8 | costs.
9 | Pursuant to *Federal Rule of Civil Procedure* 41(a)(1)(A)(ii), because all
10 | parties appearing have signed this stipulation, no court order is required to effect
11 | the dismissal.

13 | DATED: August 17, 2010    MANDOUR & ASSOCIATES, APC

15 |     /s/ Ben T. Lila_____
16 | Joseph A. Mandour, III, Esq.
    | Ben T. Lila, Esq.
17 | Attorneys for Plaintiff and Counterdefendant
18 | L. Tremain, Inc.

20 | DATED: August 17, 2010    HOLLAND & KNIGHT LLP

22 |     /s/ Richard E. Lyon, Jr.
    | Scott W. Petersen
    | Richard E. Lyon, Jr.
23 | Theresa W. Middlebrook
    | Stacey H. Wang

25 | Attorneys for Defendants and
    | Counterclaimants QVC, Inc.,
26 | Meyer Trading Company Limited,
27 | Paula Deen, Paula Deen Enterprises, LLC,
    | Paula Deen Retail, Inc. and Paula Deen Online,
28 | Inc.

# PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 633 West Fifth Street, 21st Floor, Los Angeles, California 90071-2040.

On August 17, 2010, I served the following document(s) described as: **JOINT STIPULATION TO DISMISS ACTION WITH PREJUDICE** on all parties in this action at the offices of the addressee(s) and/or number(s) indicated below:

> Joseph A. Mandour, III, Esq.
> Ben T. Lila, Esq.
> MANDOUR & ASSOCIATES, APC
> 16870 West Bernardo Drive, Suite 400
> San Diego, California 92127
> E-Mail: jmandour@mandourlaw.com

☒ (BY ELECTRONIC SERVICE) Service was completed pursuant to Central District of California, Order Authorizing Electronic Filing, General Order No. 08-02, Section VII.A., which provides in part: "Upon the electronic filing of a document, a NEF is automatically generated by the CM/ECF system and sent by e-mail to all attorneys in the case who are registered CM/ECF Users and have consented to electronic service. Service of an electronically filed document upon a CM/ECF User who has consented to electronic service is deemed complete upon the transmission of the NEF."

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct. Executed on August 17, 2010, at Los Angeles, California.

　　　　　　　　　　　　　　　　　　/S/ Stacey H. Wang
　　　　　　　　　　　　　　　　　　Stacey H. Wang

# 9600572_v1